UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL,<br><br>          Plaintiff,<br><br>     v.<br><br>A. RAMOS, et al.,<br><br>          Defendants. | No. 2:23-cv-1111 KJM AC P<br><br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se with a civil rights action, has filed a motion for discovery. ECF No. 24. This case has been referred to Post-Screening Early ADR and is currently stayed. ECF No. 25. In the event this case does not settle, defendants will be directed to file a response to the complaint. Once defendants have answered the complaint a scheduling order will issue setting the schedule for discovery, at which point plaintiff may submit any written discovery requests he has to defendants.

     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for discovery (ECF No. 24) is DENIED as premature.

DATED: January 22, 2024

                                                                  ALLISON CLAIRE<br>                                                                  UNITED STATES MAGISTRATE JUDGE