UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL, | No. 2:23-cv-01111 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| A. RAMOS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion to proceed with the case in which he also requests to settle the case. ECF No. 40. Discovery in this case closes on July 12, 2024, after which the parties have until October 4, 2024, to file any dispositive motions. ECF No. 33 at 6. In the event no dispositive motions are filed or any such motions are denied in whole or in part, this case will proceed to trial and the court will consider whether to send this case for a settlement conference at that time. If plaintiff is interested in settling this case, he is free to send any settlement proposals directly to defendants' counsel and should not file those proposals with the court. If at any time both parties are interested in participating in a settlement conference, they may make a joint request to the court.

////

////

////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed (ECF No. 40)
2 is DENIED as moot.
3 DATED: July 9, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2