UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL, | No. 2:23-cv-1111 KJM AC P |
| Plaintiff, | ORDER |
| v. | |
| A. RAMOS, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 14, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

      Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times.[1] Pursuant to Local Rule 182(f), service

---

[1] The California Department of Corrections and Rehabilitation's website indicates that plaintiff is (continued)

1

of documents at the record address of the party is fully effective.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

The court orders the following:

1. The findings and recommendations (ECF No. 59) are **adopted in full**;

2. Defendants' motion to stay (ECF No. 43) is **denied**;

3. The Clerk of the Court is directed to update plaintiff's address for service to Salinas Valley State Prison, P.O. Box 1050, Soledad, CA 93960;

4. All pretrial motions, including motions for summary judgment, shall be filed on or before **October 15, 2025**; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

This order resolves ECF Nos. 43, 59.

IT IS SO ORDERED.

DATED: September 11, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

currently incarcerated at Salinas Valley State Prison. The Clerk of the Court will be directed to update the docket accordingly. Plaintiff is cautioned that his failure to update his address of record may result in dismissal of this case for failure to prosecute.